1  SUE FAHAMI
   Acting United States Attorney
2  District of Nevada
   Nevada Bar Number 5634
3  ROBERT KNIEF
   Assistant United States Attorney
4  501 Las Vegas Boulevard South, Suite 1100
   Las Vegas, Nevada 89101
5  (702) 388-6336
   Robert.Knief @usdoj.gov
6  *Attorneys for the United States*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | CRIMINAL INDICTMENT |
|---|---|
| Plaintiff, | Case No. 2:25-cr-0063-APG-DJA |
| v. | **VIOLATION:** |
| SERGIO OCTAVIO SANCHEZ, | 18 U.S.C. § 39A – Aiming a Laser Pointer at an Aircraft |
| Defendant. | |

**THE GRAND JURY CHARGES THAT:**

<u>COUNT ONE</u>
*Aiming a Laser Pointer at an Aircraft*

On or about January 2, 2025, in the State and District of Nevada,

**SERGIO OCTAVIO SANCHEZ,**

defendant herein, knowingly aimed the beam of a laser pointer at and in the flight path of a

Las Vegas Metropolitan Police Department MD369FF helicopter, an aircraft in the special aircraft jurisdiction of the United States, in violation of Title 18, U.S.C., Section 39A.

DATED: this 18th day of March 2025.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

SUE FAHAMI
Acting United States Attorney

ROBERT KNIEF
Assistant United States Attorney